JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 392 -- IN RE CONTINENTAL GRAIN COMPANY, INC., DISASTER AT WESTWEGO, LOUISIANA ON DECEMBER 22, 1977

| Date | Ref. | Pleading Description |
|---|---|---|
| 6/4/79 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS and CERTIFICATE OF SERVICE -- All Plaintiffs<br>SUGGESTED TRANSFEREE COURT: Eastern District of Louisiana<br>SUGGESTED TRANSFEREE JUDGE: (cds) |
| 6/11/79 | 2 | LETTER -- Plaintiffs Legal Committee/Continental Grain Disaster (no service) (emh) |
| 6/14/79 | 3 | EXTENSION OF TIME -- Request to file a response -- Defendants Michael Fribourg, Walter Goldschmidt, Bernard Steinweg, Sheldon L. Berens, Jack Berg and Donald Bain -- GRANTED TO ALL PARTIES to 7/2/79 (emh) |
| 6/15/79 | 4 | REQUEST FOR EXTENSION OF TIME -- R.S. Fling & Partners, Inc Jan M. Elzey, John Sadler and Russell S. Fling -- Extension of Time Previously Granted to All on 6/14/79 |
| 6/19/79 | | APPEARANCES -- Thomas J. Wyllie for Continental Grain Co., John Q. Deaver, Jaeson Brown, David Keller, and David Borchert; John J. Cummings, III for plaintiffs in litigation, A. R. Christovich for National Union Fire Insurance Company of Pittsburgh, Pennsylvania; Dermot McGlinchey for CEA-Carter Day Company; Ralph L. Kaskell for R. S. Fling & Partners, Inc.; Henry McNamara for MacDonald Engineering Company; W. Clay McGehee for Phostoxin Sales, Inc.; Charles E. Leche for Research Products Company; Joseph H. Mueller for Henry Fisher; Peter A. Feringa, Jr. for Orleans Electric, Inc.; Dean A. Sutherland for Industrial Fumigant Company; John V. Baus for Fegles Construction Company, Fegler-Power Service Corp. and Travelers Insurance Co.; A.D. Freeman for the Weitz Co., Inc.; Normand F. Pizza for LeGardeur International, Inc.; John E. Diaz for Control Systems, Inc.; Paul H. Spaht for H.A. Williams & Associates, Inc.; Harry A. Rosenberg for Winsmith; Edward J. Zulkey for William Phillips; Dennis M. O'Hara for Harold Vogel; Mark H. Alcott for Michael Fribourg, Walter Goldschmidt, Bernard Steinweg, Sheldon Berens, Jack Berg and Donald Bain; Kenneth A. Seltzer for Max Spencer; Gordon F. Wilson, Jr. for James R. Gore and American Motorists Ins. Co. and American Manufacturers Ins. Co.; Rene' A. Pastorek for Aetna Casualty & Surety Co. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 392 -- In re Continental Grain Co., Inc. Disaster at Westwego, Louisiana on December 22, 1977

| Date | Ref. | Pleading Description |
|---|---|---|
| 6/22/79 | | APPEARANCE -- J. Frederick Kessenich for Northbrook Insurance Company   (emh) |
| 6/25/79 | | FURTHER EXTENSION OF TIME GRANTED TO ALL PARTIES -- to and including July 20, 1979 (reference pleading no. 3) (NO JULY HEARING)   (emh) |
| 6/25/79 | | APPEARANCE -- Craig R. Nelson, Esq. for Insurer of the Weitz Co. |
| 6/29/79 | | APPEARANCE -- P. A. Bienvenu for Industrial Risk Insurors successor to Factory Insurance Association |
| 7/3/79 | 5 | RESPONSE, BRIEF, CERT. OF SVC.--Deft. R.S. Fling & Partners, Inc., et al. (ea) |
| 7/9/79 | | APPEARANCE--Rene' A. Curry, Jr., Esq. for Bando Chemical Industries, Ltd. (ea) |
| 7/17/79 | 6 | REQUEST FOR PERMISSION TO FILE BREIF OVER 20 PAGES -- Def. Continental Grain Co. -- GRANTED   (cds) |
| 7/20/79 | 7 | JOINT RESPONSE/BRIEF/CERT. OF SVC. -- Continental Defts. (ea) |
| 7/23/79 | 8 | RESPONSE/CERT. OF SVC. -- Defts. Fling, Sadler and Elzey.(ea) |
| 7/23/79 | 9 | RESPONSE/CERT. OF SVC. -- Aetna Casualty & Surety Co. (ea) |
| 7/23/79 | | APPEARANCE -- Dennis P. Orr, Esq. for Degesch GMBH. (ea) |
| 7/30/79 | 10 | LETTER with reference to pldg. no. 5 enclosing an order signed by Judge Robert M. Duncan, S. D. Ohio -- dated July 24, 1979 signed by Stephen B. Murray, Esq. (ea) |
| 7/31/79 | | APPEARANCE -- A. R. Christovich, Jr., Esq. for Commerce and Industry Insurance Co.; Commerce & Industry Ins. Co. of Canada; Insurance Co. fo the State of Penn.; American Home Assurance Co.; American Int'l Insurance Co.   (ea) |
| 8/10/79 | | HEARING ORDER -- Setting A-1 through A-7 for hearing in the Northern District of Illinois for Sept. 18, 1979   (cds) |
| 9/13/79 | | HEARING APPEARANCES:  SOMEONE FROM PLTFS. COMM. FOR all plaintiffs;  MARK ALCOTT, ESQ. FOR Continental Defendants   (cds) |
| 9/13/79 | | WAIVER OF ORAL ARGUMENTS:  J. FREDRICK KESSENICH, ESQ. FOR Northbrook Excess and Surplus Ins. Co.;  DEAN A. SUTHERLAND, ESQ. FOR Industrial Fumigan Co.;  National Union Fire Ins Co.  (cds) |
| 9/13/79 | 11 | LETTER -- Requesting adjournment of Sept. 18, 1979 hearing -- Continental defendants -- DENIED   (emh) |
| 79/11/28 | | CONSENT OF TRANSFEREE DISTRICT -- Assigning actions to E.D. Louisiana before Judge Mitchell   (cds) |
| 79/11/28 | | OPINION AND ORDER -- Consolidating A-1 through A-7 in the E.D. Louisiana before the Honorable Lansing L. Mitchell -- Notified involved judges, clerks & counsel (cds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 392 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CONTINENTAL GRAIN COMPANY INC., DISASTER AT WESTWEGO, LOUISIANA ON DECEMBER 22, 1977

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 18, 1979 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 28, 1979 | PC | 482 F.Supp. 330 | E.D. Louisiana | Lansing L. Mitchell | |

Special Transferee Information

DATE CLOSED: 5/27/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 392 -- IN RE CONTINENTAL GRAIN COMPANY, INC., DISASTER AT WESTWEGO, LOUISIANA ON DECEMBER 22, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John C. Bush, et al. v. Continental Grain Company, et al. | E.D.La. Mitchell | 78-19 (*) | | | 4/18/80 | * |
| A-2 | John C. Bush, et al. v. Henry Fisher | E.D.Mo. Wangelin | 78-1383 | 11/28/79 | 79-4912-F(2) | | |
| A-3 | John C. Bush, et al. v. Michael Fribourg, et al. | S.D.N.Y. Cannella | 78 Civ 6102 | 11/28/79 | 79-4913-F(2) | | |
| A-4 | John C. Bush, et al. v. William Phillips | N.D.Ill. Crowley | 78C5064 | 11/28/79 | 79-4914-F(2) | 4/18/80 | |
| A-5 | John C. Bush, et al. v. Max Spencer | N.Jersey Biunno | 78-3050 | 11/28/79 | 79-4915-F(2) | | |
| A-6 | John C. Bush, et al. v. Harold Vogel | S.D.Fla. Rutger Roettger | 78-6546-Civ. NCR | 11/28/79 | 79-4916-F(2) | | |
| A-7 | John C. Bush, et al. v. Russell S. Fling, et al. | S.D.Ohio Duncan | C-2-78-1324 | 11/28/79 | 79-4917 F(2) | | |
| * (*) | Following action severed from A-1 Sheryl Ann Ledet v. H. A. Williams & Associates, Inc., et al. (There are 55 other actions consolidated in La.,E. with 78-19 to make a total of 56 actions) | E.D.La. Mitchell | 78-4172 | | | | |

Total actions 5/27/80 dismissed
62 (4/18/80)

July 1981 - Closed
1 pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 392 -- In re Continental Grain Company, Inc., Disaster at Westwego, Louisiana on December 22, 1977

---

CONTINENTAL GRAIN COMPANY
JOHN Q. DEAVER
JAESON BROWN
DAVID KELLER
DAVID BORCHERT
Thomas J. Wyllie, Esquire
Adams and Reese
4500 One Shell Square
New Orleans, Louisiana   70139

NATIONAL UNION FIRE INSURANCE COMPANY
   OF PITTSBURGH, PENNSYLVANIA
A. R. Christovich, Jr., Esquire
1815 American Bank Building
New Orleans, Louisiana   70130

CEA-CARTER DAY COMPANY
Dermot S. McGlinchey, Esquire
McGlinchey, Stafford, Mintz &
   Hoffman
Lafayette Place
Camp & Capdevielle Streets
New Orleans, Louisiana   70176

R. S. FLING & PARTNERS, INC.
RUSSELL S. FLING
JOHN SADLER
JAN M. ELZEY
Ralph L. Kaskell, Jr., Esquire
Deutsch, Kerrigan & Stiles
4700 One Shell Square
New Orleans, Louisiana   70139

MACDONALD ENGINEERING COMPANY
Henry D. McNamara, Jr., Esquire
Hailey, McNamara, McNamara & Hall
643 Imperial Office Building
3301 North Causeway Boulevard
Metairie, Louisiana   70002

PHOSTOXIN SALES, INC.
W. Clay McGehee, Esquire
Burke and Mayer
1616 One Shell Square
New Orleans, Louisiana   70139

RESEARCH PRODUCTS COMPANY
Charles E. Leche, Esquire
Normann & Normann
1600 Hibernia Bank Bldg.
New Orleans, Louisiana   70112

HENRY FISHER
Joseph H. Mueller, Esquire
112 North Fourth Street
St. Louis, Missouri   63102

ORLEANS ELECTRIC, INC.
Peter A. Feringa, Jr., Esquire
Chaffe, McCall, Phillips,
   Toler & Sarpy
1500 First National Bank of
   Commerce Building
New Orleans, Louisiana   70112

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 392 -- In re Continental Grain Company, Inc., Disaster at Westwego, Louisiana on December 22, 1977

| | |
|---|---|
| INDUSTRIAL FUMIGANT COMPANY<br>Dean A. Sutherland, Esquire<br>Herbert, Abbott & Horack<br>666 Poydras Street, Suite 500<br>New Orleans, Louisiana 70130<br><br>FEGLES CONSTRUCTION COMPANY<br>FEGLES-POWER SERVICE CORPORATION<br>TRAVELERS INSURANCE COMPANY<br>John V. Baus, Esquire<br>Jones, Walker, Waechter, Poitevent, Carrere & Dengre<br>225 Baronne Street<br>18th Floor<br>New Orleans, Louisiana 70112<br><br>THE WEITZ COMPANY, INC.<br>A. D. Freeman, Esquire<br>Satterlee, Mestayer & Freeman<br>1606 First National Bank of Commerce Building<br>New Orleans, Louisiana 70112<br><br>LEGARDEUR INTERNATIONAL, INC.<br>Normand F. Pizza, Esquire<br>303 S. Broad<br>P.O. Box 19567<br>New Orleans, Louisiana 70179<br><br>CONTROL SYSTEMS, INC.<br>James E. Diaz, Esquire<br>Post Office Drawer 3507<br>Lafayette, Louisiana 70502<br><br>H.A. WILLIAMS & ASSOCIATES, INC.<br>Paul H. Spaht, Esquire<br>Kantrow, Spaght, Weaver & Walter<br>P.O. Box 2997<br>Baton Rouge, Louisiana 70821 | WINSMITH, a division of UMC, INC.<br>Harry A. Rosenberg, Esquire<br>Phelps, Dunbar, Marks, Claverie & Sims<br>1300 Hibernia Bank Building<br>New Orleans, Louisiana 70112<br><br>MICHAEL FRIBOURG<br>WALTER GOLDSCHMIDT<br>BERNARD STEINWEG<br>SHELDON BERENS<br>JACK BERG<br>DONALD BAIN<br>Mark H. Alcott, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>345 Park Avenue<br>New York, New York 10022<br><br>WILLIAM PHILLIPS<br>Edward J. Zulkey, Esquire<br>Baker & McKenzie<br>130 East Randolph Drive<br>Chicago, Illinois 60601<br><br>HAROLD VOGEL<br>Dennis M. O'Hara, Esquire<br>Wicker, Smith, Blomqvist, Davant, Tutan, O'Hara & McCoy<br>Suite 300, 633 S.E. Third Avenue<br>Ft. Lauderdale, Florida 33301<br><br>MAX SPENCER<br>Kenneth A. Seltzer, Esquire<br>Vitiello & Seltzer<br>744 Broad Street<br>Newark, New Jersey 07102 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 392 -- IN RE Continental Grain Company, Inc., Disaster at Westwego, Louisiana on December 22, 1977

| | NO APPEARANCES RECEIVED FOR THE FOLLOWING |
|---|---|
| AMERICAN MOTORISTS INSURANCE CO.<br>AMERICAN MANUFACTURERS INSURANCE CO.<br>GORE ENGINEERING<br>JAMES R. GORE<br>Gordon F. Wilson, Jr., Esquire<br>Dodge, Friend, Wilson &<br>  Spedale<br>1335 First National Bank of<br>  Commerce Building<br>New Orleans, Louisiana 70112<br><br>AETNA CASUALTY & SURETY CO.<br>Rene' A. Pastorek, Esquire<br>Suite 101<br>72 Westbank Expressway<br>P.O. Box 324<br>Gretna, Louisiana 70054<br><br>JOHN C. BUSH, ET AL. (A-1 - A-7)<br>John J. Cummings, III, Esquire<br>Attorney at Law<br>416 Gravier Street<br>New Orleans, Louisiana 70130<br><br>INSURERS OF<br>THE WEITZ COMPANY<br>Craig R. Nelson, Esquire<br>Hammett, Leake, Hammett, Hulse<br>  & Nelson<br>4600 One Shell Square<br>New Orleans, Louisiana 70139<br><br>INDUSTRIAL RISK INSURORS<br>Successors to Factory<br>Insurance Association<br>P. A. Bienvenu, Esquire<br>John John W. Waters, Jr., Esq.<br>Bienvenu, Foster, Ryan & O'Bannon<br>1414 American Bank Bldg.<br>New Orleans, La. 70130 | BANDO CHEMICAL INDUSTRIES, LTD.<br>Rene A. Curry, Jr., Esquire<br>4402 One Shell Square<br>New Orleans, Louisiana 70139<br><br><br><br>B. F. GOODRICH, INC.<br>Dan E. West, Esquire<br>614 LNB Building<br>451 Florida Blvd<br>Baton Rouge, Louisiana 70301<br><br>DEGESCH GMBH<br>P.O. Box 6102070-6000<br>Frankfurt 61<br>Federal Republic of Germany<br><br><br>COMMERCE AND INDUSTRY INSURANCE COMPANY<br>COMMERCE & INDUSTRY INSURANCE COMPANY OF<br>  CANADA<br>INSURANCE COMPANY OF THE STATE OF<br>  PENNSYLVANIA<br>THE KEMPER CORPORATION<br>  Secretary of State<br>  Baton Rouge, Louisiana<br><br>NORTHBROOK INSURANCE COMPANY<br>J. Fredrick Kessenich, Esq.<br>Suite 2010 Amoco Building<br>1340 Poydras Street<br>New Orleans, LA 70112 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 392 -- IN RE CONTINENTAL GRAIN COMPANY, INC., DISASTER AT WESTWEGO, LOUISIANA ON DECEMBER 22, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| CONTINENTAL GRAIN CO. ✓ | A-1 |
| RAY BROWN ✓ | A-1 |
| DAVID KELLER ✓ | A-1 |
| NORTHBROOK INSURANCE CO. ✗ | A-1 |
| NATIONAL UNION FIRE INS. CO. ✓ | A-1 |
| CEA-CARTER-DAY CO. ✓ | A-1 |
| R. S. FLING & PARTIES, INC. ✓ | A-1  A-7 |
| JAN ELZEY ✓ | A-1  A-7 |
| JOHN SADLER ✓ | A-1  A-7 |
| RUSSELL FLING ✓ | A-1 |
| MACDONALD ENGINEERING CO. ✓ | A-1 |

p. 2

| | | |
|---|---|---|
| INDUSTRIAL FURMIGANT CO. | A-1 | |
| PHOSTOXIN SALES CO. | A-1 | |
| RESEARCH PRODUCTS CO. | A-1 | |
| FEGLES POWER & SERVICE, INC. | A-1 | |
| TRAVELERS INS. CO. | A-1 | |
| THE WEITZ CO. | A-1 | |
| GORE ENGINEERING | A-1 | |
| LE GARDEUR INTERNATIONAL | A-1 | |
| ORLEANS ELECTRIC CO. | A-1 | |
| MITSUBISHI INTERNATIONAL CORP. *dismissed* | A-1 | |
| CONTROL SYSTEMS, INC. | A-1 | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 392 -- IN RE CONTINENTAL GRAIN COMPANY, INC., DISASTER AT WESTWEGO, LOUISIANA ON DECEMBER 22, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| FACTORY INSURANCE CO. ✓ | A-1 |
| H. A. WILLIAMS & ASSOC. ✓ | A-1 |
| WINSMITH, INC. ✓ | A-1 |
| B.F. GOODRICH, INC. ✗ | A-1 |
| AETNA CASUALTY & SURETY CO. ✓ | A-1 |
| MAX SPENCER ✓ | A-1 A-5 |
| HENRY FISHER ✓ | A-1 A-2 |
| MICHAEL FRIBOURG ✓ | A-1 A-3 |
| WILLIAM PHILLIPS ✓ | A-1 A-4 |
| BERNARD STEINWAY (EG … DEC?) ✓ | A-1 A-3 |
| JACK BERG ✓ | A-1 A-2 |

p. 4

| Name | Code | Check |
|---|---|---|
| WALTER GOLDSCHMIDT | /1/ A-3 | ✓ |
| HAROLD VOGEL | /1/ A-6 | ✓ |
| SHELDON BERENS | /1/ A-3 | ✓ |
| DONALD BAIN | /1/ A-3 | ✓ |
| DEGESCH GMBH | /1/ | ✗ |
| AMERICAN INTERNATIONAL INSURANCE CO. | /1/ | ✓ |
| AMERICAN HOME ASSURANCE CO. | /1/ | ✓ |
| AMERICAN MOTORISTS INS. CO | /1/ | ✓ |
| AMERICAN MANUFACTURER MUTUAL INSURANCE CO. | /1/ | ✓ |
| COMMERCE AND INDUSTRY INSURANCE CO. | /1/ | ✗ |
| COMMERCE & INDUSTRY INSURANCE CO. OF CANADA | /1/ | ✗ |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 392 -- IN RE CONTINENTAL GRAIN COMPANY, INC., DISASTER AT WESTWEGO, LOUISIANA ON DECEMBER 22, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| INSURANCE CO. OF THE STATE OF PENNSYLVANIA | A-1 |
| THE KEMPER CORP. | A-1 |
| [signature] | |